**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| SHEENEATHA BRADFORD, *et al.*, | ) | CASE NO. 1:13cv218 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| LEGACY HEALTH SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

On December 2, 2014, Plaintiffs Sheeneatha Bradford and Jeanine Molnar ("Plaintiffs") and Defendants Legacy Health Services and Twinsburg-Legacy Assisted Living, L.L.C. ("Defendants") filed, under seal, a Joint Motion for Approval of Settlement of Claims of Plaintiffs Bradford and Molnar and Dismissal of Action (Doc. No. 75.)

So that it may have a proper basis on which to evaluate this Motion, the Court orders counsel for Plaintiffs Bradford and Molnar to submit supporting documentation regarding the requested attorneys' fees and costs set forth in Paragraph 22 of the parties' Confidential Joint Stipulation of Settlement and Release. In particular, Plaintiffs' counsel is ordered to submit copies of the following: (1) the Fee Agreements entered into between counsel and Plaintiffs Bradford and Molnar; and, (2) documentation regarding the number of hours spent by each attorney working on the above-captioned matter along with a description of the work performed. Counsel shall also advise the Court regarding the hourly billing rate of each attorney who

performed work on behalf of Plaintiffs in this matter.

Plaintiffs' counsel is ordered to submit the above documentation under seal within seven (7) days of this Order.

IT IS SO ORDERED.

s/ Greg White<br>U.S. MAGISTRATE JUDGE

Date: <u>December 3, 2014</u>